FILED
CLERK, U.S. DISTRICT COURT
NOV 21 2018
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority
Send
Enter
Closed
JS-6
JS-2/JS-3
Scan Only

Attorneys for Plaintiffs, Brian Armstrong and Angela Armstrong

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN ARMSTRONG, an individual; ANGELA ARMSTRONG, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> BRIDGESTONE AMERICAS, INC., a Nevada Corporation; BRIDGESTONE/ FIRESTONE NORTH AMERICAN TIRE, LLC, a Tennessee Corporation; BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC, a Delaware Corporation; BANDAG, a corporation; BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC dba BANDAG, a corporation; BRIDGESTONE BANDAG, LLC, a Iowa corporation; and DOES 1 through 100, Inclusive, <br><br> Defendants. | CASE NO: 2:18-cv-0458 SVW (KSx) <br><br> Judge: Stephen V. Wilson <br><br> (Removed from Santa Barbara Superior Court Case No. 17CV05603) <br><br> ORDER ON <br> **STIPULATION RE: DISMISSAL** <br><br><br> LACSC Complaint Filed: 12-12-17 <br> USDC Removal Filed: 1-18-18 <br> Pretrial Conference: 1-14-19 <br> Trial: 1-29-19 |

LARSON, GARRICK
& LIGHTFOOT, LLP

1

STIPULATION RE DISMISSAL (Rule 41 (a)( 1) of the Federal Rules of Civil Procedure)

IT IS HEREBY STIPULATED, by and between Plaintiffs, Brian Armstrong and Angela Armstrong, and Defendants, BRIDGESTONE AMERICAS, INC., BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC, f/k/a and erroneously sued herein as BRIDGESTONE/FIRESTONE NORTH AMERICAN TIRE, LLC, LLC," and also erroneously sued herein as "BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC dba BANDAG, a CORPORATION, and BRIDGESTONE BANDAG, LLC, f/k/a "BANDAG INCORPORATED" and erroneously sued herein as "BANDAG, A CORPORATION," by and between their respective legal counsel, that this action be dismissed in its entirety, without prejudice, with each party to bear its own fees and costs, pursuant to Rule 41 (a)(1) of the Federal Rules of Civil Procedure.

**IT IS SO AGREED AND STIPULATED:**

DATED: November 5, 2018        HARRIS PERSONAL INJURY LAWYERS

By: _____
RANGER J. WIENS
RYAN D. HARRIS
Attorneys for Plaintiffs,
BRIAN ARMSTRONG and ANGELA ARMSTRONG

///
///
///
///
///
///

| | | |
|---|---|---|
| 1 | DATED: November 1, 2018 | LARSON, GARRICK & LIGHTFOOT, LLP |
| 2 | | |
| 3 | | |
| 4 | | By: *[signature]* |
| 5 | | MARY P. LIGHTFOOT |
| 6 | | Attorney for Defendants, BRIDGESTONE AMERICAS, INC., |
| 7 | | BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC, and |
| 8 | | BRIDGESTONE RETAIL OPERATIONS, LLC |
| 9 | | |
| 10 | **IT IS SO ORDERED.** | |
| 11 | | |
| 12 | DATED: _____ | By: _____ |
| 13 | | JUDGE PRESIDING |

DATED: November __, 2018          LARSON, GARRICK & LIGHTFOOT, LLP

By: _____
MARY P. LIGHTFOOT
Attorney for Defendants,
BRIDGESTONE AMERICAS, INC.,
BRIDGESTONE AMERICAS TIRE
OPERATIONS, LLC, and
BRIDGESTONE RETAIL
OPERATIONS, LLC

**IT IS SO ORDERED.**

DATED: 11/21/18          By: _____
JUDGE PRESIDING